|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Rex J. Roldan, Esquire (RR7961)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, New Jersey 08012<br>(856) 232-1425  Fax (856) 232-1025<br>Attorney for Debtor | Order Filed on November 5, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ELIHUE C. CRUMP, SR.,<br><br>      Debtor | Case No.: 19-19374 (ABA)<br><br>Hearing Date: November 5, 2019<br><br>Judge: Andrew B. Altenburg, Jr., U.S.B.J.<br><br>Chapter 13 |

**ORDER TO APPROVE RESCHEDULING OF 11 *U.S.C.* § 341(a) MEETING OF CREDITORS**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: November 5, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor: Elihue C. Crump, Sr.

Case No.: 19-19374 (ABA)

Caption of Order: ORDER TO APPROVE RESCHEDULING OF 11 *U.S.C.* § 341(a) MEETING OF CREDITORS

---

**THIS MATTER** having been presented to the Court by the debtor, Elihue C. Crump, Sr., by and through his attorney, Rex J. Roldan, Esquire, for an Order to Approve Rescheduling of 11 *U.S.C.* § 341(a) Meeting of Creditors, and the Court having considered the matter, and for good cause shown;

**IT IS ORDERED and ADJUDGED** that the motion of the debtor, Elihue C. Crump, Sr., to Approve Rescheduling of 11 *U.S.C.* § 341(a) Meeting of Creditors be and is hereby **GRANTED;**

**IT IS FURTHER ORDERED and ADJUDGED** that ~~the Chapter 13 Standing Trustee shall~~ the Debtor, within 14 days of the date of this Order, contact the Trustee to reschedule a ~~provide debtor with a rescheduled~~ date and time for the § 341(a) Meeting of Creditors~~.~~ with the failure to do so resulting of this case with prejudice upon the filing of a certification of default.