UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425  Fax (856) 232-1025
Attorney for Debtor

**Order Filed on November 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ELIHUE C. CRUMP, SR.,

     Debtor

Case No.: 19-19374 (ABA)

Hearing Date: November 5, 2019

Judge: Andrew B. Altenburg, Jr., U.S.B.J.

Chapter 13

**ORDER TO APPROVE RESCHEDULING OF 11 *U.S.C.* § 341(a) MEETING OF CREDITORS**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: November 5, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor: Elihue C. Crump, Sr.

Case No.: 19-19374 (ABA)

Caption of Order: ORDER TO APPROVE RESCHEDULING OF 11 *U.S.C.* § 341(a) MEETING OF CREDITORS

---

**THIS MATTER** having been presented to the Court by the debtor, Elihue C. Crump, Sr., by and through his attorney, Rex J. Roldan, Esquire, for an Order to Approve Rescheduling of 11 *U.S.C.* § 341(a) Meeting of Creditors, and the Court having considered the matter, and for good cause shown;

**IT IS ORDERED and ADJUDGED** that the motion of the debtor, Elihue C. Crump, Sr., to Approve Rescheduling of 11 *U.S.C.* § 341(a) Meeting of Creditors be and is hereby **GRANTED;**

**IT IS FURTHER ORDERED and ADJUDGED** that ~~the Chapter 13 Standing Trustee shall~~ the Debtor, within 14 days of the date of this Order, contact the Trustee to reschedule a ~~provide debtor with a rescheduled~~ date and time for the § 341(a) Meeting of Creditors~~.~~ with the failure to do so resulting of this case with prejudice upon the filing of a certification of default.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-19374-ABA
Elihue C. Crump, Sr.                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Nov 05, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2019.
db             +Elihue C. Crump, Sr.,    317 7th Avenue,    Glassboro, NJ 08028-8325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rex J. Roldan    on behalf of Debtor Elihue C. Crump, Sr. roldanlaw@comcast.net,
               roldanlaw1@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6